**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132 F: (212) 335-0571

March 28, 2023

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, New York 10007

      Re:    *Elting v. Lassiter, et al.*, 22 CV 8573 (PGG)

Your Honor:

      I represent plaintiff Deon Elting in the above-referenced civil rights action. I write with the consent of all counsel to request an adjournment of the initial conference schedule for April 6, 2023 at 11:30 a.m., and that the conference be converted to a telephonic or virtual conference on the adjourned date.

      I make this request as I will be travelling out of the country from April 5 through April 15. Further, Mr. Fischer, attorney for defendant Lassiter, will be unavailable as well on the current date.

      Further, give that Mr. Fischer is based in Washington D.C., and the anticipated simplicity of the issues to be addressed at the Rule 16 Scheduling Conference, we request that the conference be converted to a telephonic conference on the adjourned date.

      Finally, the parties have conferred on their respective availability and propose April 24, 2023 (afternoon only), or April 26, 2023 (morning only), or such other date and time that is convenient for the Court.

      Thank you for your consideration.

                                    Respectfully submitted,

                                    Brett H. Klein

cc by ECF:    All Counsel

**MEMO ENDORSED:**
The conference currently scheduled for April 6, 2023, is adjourned to **April 20, 2023, at 12:00 p.m.** The conference will proceed telephonically.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: March 30, 2023