UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEON ELTING,

                Plaintiff,

-against-

TASHEKA LASSITER, DELTA BAROMETRE, and JOHN AND JANE DOES 1-10,

                Defendants.

**ORDER**

22 Civ. 8573 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Defendant Lassiter will file an answer by **May 18, 2023**.

    The following briefing schedule will apply to Defendant Barometre's motion to dismiss:

1. Defendant Barometre's submission is due **May 19, 2023**;
2. Plaintiff's opposition is due **June 9, 2023**; and
3. Defendant Barometre's reply, if any, is due **June 16, 2023**.

    Discovery concerning Defendant Barometre is stayed pending the resolution of Defendant Barometre's motion to dismiss. Discovery concerning Defendant Lassiter is not stayed.

Dated:  New York, New York
         April 28, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge