UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEON ELTING,

                Plaintiff,

-against-

TASHEKA LASSITER, DELTA BAROMETRE, and JOHN AND JANE DOES 1-10,

                Defendants.

**ORDER**

22 Civ. 8573 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

As stated at today's conference, there will be conference in this matter on **November 2, 2023, at 10:00 a.m.** The conference will proceed telephonically.[1]

Fact discovery, including depositions, will be completed by **October 31, 2023**.

Party-proponents that intend to offer expert testimony in respect of a claim must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by **October 31, 2023**. Party-opponents of such claim that intend to offer expert testimony in respect of such claim must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by **November 14, 2023**.

Expert discovery will be completed by **November 30, 2023**.

---

[1] The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Any party seeking to file a post-discovery dispositive motion will submit a pre-motion letter in accordance with this Court's Individual Rules, by **November 7, 2023**. Any opposition letter will be filed by **November 13, 2023**.

Dated: New York, New York
July 13, 2023

SO ORDERED.

*Paul R. Gardephe*
Paul G. Gardephe
United States District Judge