UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEON ELTING,

                Plaintiff,

    - against -

TASHEKA LASSITER, et al.

                Defendants.

**ORDER**

22 Civ. 8573 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this matter scheduled for November 2, 2023, is adjourned <u>sine die</u>.

Dated:  New York, New York
          November 1, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge