UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEON ELTING,

                Plaintiff,

- against -

TASHEKA LASSITER,
DELTA BAROMETRE, and JOHN and
JANE DOE 1 through 10,

                Defendants.

**ORDER**

22 Civ. 8573 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendants Lassiter and Barometre are directed to respond to Plaintiff's motion for leave to amend a Second Amended Complaint by **February 9, 2024**.

Dated: New York, New York
       January 31, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge