UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEON ELTING,

                Plaintiff,

     - against -

TASHEKA LASSITER,
DELTA BAROMETRE, and JOHN and
JANE DOE 1 through 10,

                Defendants.

**ORDER**

22 Civ. 8573 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a conference in this action on **Thursday, May 2, 2024, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
         April 23, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge