UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEON ELTING,

        Plaintiff,

- against -

TASHEKA LASSITER,

        Defendant.

**ORDER**

22 Civ. 8573 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      In connection with the trial scheduled on July 23, 2024, the joint pretrial order is due by **June 24, 2024.**

Dated: New York, New York
      May 29, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge