**KLEIN**
**CIVIL RIGHTS**

Brett H. Klein, Esq., PLLC
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132 F: (212) 335-0571

July 16, 2024

MEMO ENDORSED

*The application is denied.*

**SO ORDERED:**

_____
**Paul G. Gardephe, U.S.D.J.**

Dated: _July 17 2024_

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, New York 10007

Re:     *Elting v. Lassiter, et al.*, 22 CV 8573 (PGG)

Dear Judge Gardephe:

I represent the plaintiff in the above-referenced civil rights action. I submit this joint letter motion on behalf of all parties to request that the trial date, which was recently rescheduled by the Court from July 23, 2024 to July 22, 2024, be restored to the originally scheduled date of July 23, 2024.

By way of background, plaintiff requested an adjournment of the trial on consent yesterday. This request was denied, and the Court *sua sponte* rescheduled the trial to July 22, 2024. *See* DE 100. All counsel now write to respectfully request that the original trial date be reinstated for the reasons that follow.

First, at the May 2, 2024 conference, Mr. Fischer had requested that the pre-trial conference be scheduled for the afternoon of July 22, 2024 because he had a conflict which rendered him unable to appear in the morning on July 22, 2024. This conflict continues to impact Mr. Fischer's ability to appear for a 9:30 a.m. pre-trial conference on July 22, 2024, followed by the trial.

Second, the undersigned is unable to appear in the morning on July 22, 2024 due to long standing childcare responsibilities that involve taking my young children back to summer camp upstate on the morning of July 22, 2024, after attending a family wedding on Sunday.

Given the conflicts above, the parties respectfully request that the pre-trial conference proceed as originally scheduled on July 22, 2024, at 2:00 p.m., and that the trial date be restored to July 23, 2024.

In making this request, the parties confirm that they anticipate that this trial should last no more than two to three days.

Thank you for your consideration.

Respectfully submitted,

*Brett Klein*

Brett H. Klein

cc:     All Counsel